United States District Court
Southern District of New York          7:19-cv-10860-PMH

| | |
|---|---|
| Sherise Richardson, Dorianne Gatto, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Mars Wrigley Confectionery US, LLC, | |
| Defendant | |

Plaintiffs give notice that all claims against Mars, Incorporated, are voluntarily dismissed, such that all claims are directed towards Mars Wrigley Confectionery US, LLC, leaving the docket open for the parties to proceed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  May 23, 2020

                Respectfully submitted,

                Sheehan & Associates, P.C.

                /s/Spencer Sheehan
                Spencer Sheehan
                505 Northern Blvd Ste 311
                Great Neck NY 11021-5101
                Tel: (516) 303-0552
                Fax: (516) 234-7800
                spencer@spencersheehan.com
                E.D.N.Y. # SS-8533
                S.D.N.Y. # SS-2056

7:19-cv-10860-PMH
United States District Court
Southern District of New York

Sherise Richardson, Dorianne Gatto, individually and on behalf of all others similarly situated,

          Plaintiffs,

         - against -

Mars Wrigley Confectionery US, LLC,

          Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: May 23, 2020

                       /s/ Spencer Sheehan
                       Spencer Sheehan

Certificate of Service

I certify that on May 23, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan