**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sherise Richardson, Dorianne Gatto, individually and
on behalf of all others similarly situated,

                Plaintiffs,

                v.

Mars Wrigley Confectionery US, LLC,

                Defendant.

Civil Action No.
7:19-cv-10860-PMH

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Mars Wrigley Confectionery US, LLC ("Mars") respectfully moves this Court to dismiss with prejudice the First Amended Complaint ("FAC") filed by Sherise Richardson and Dorianne Gatto ("Plaintiffs") for lack of standing under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs bring putative class claims for violations of New York General Business Law sections 349 and 350, negligent misrepresentation, breaches of express and implied warranty and violations of the Magnuson-Moss Warranty Act, fraud, and unjust enrichment. FAC ¶¶ 152-89. These claims are facially implausible, inadequately pleaded, cannot support claims for injunctive or monetary relief, and should be dismissed.  This Motion is supported by a Memorandum of Law and a request for Judicial Notice, which have been contemporaneously filed.

Dated: October 20, 2020                     Respectfully submitted,

                                            */s/ Omid G. Banuelos*
                                            Omid G.  Banuelos
                                            David A. Forkner (*Pro Hac Vice*)
                                            John Turquet Bravard (*Pro Hac Vice*)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, DC 20005
                                            Tel: (202) 434-5000
                                            Fax: (202) 434-5029
                                            obanuelos@wc.com
                                            dforkner@wc.com
                                            jturquetbravard@wc.com

                                            *Attorneys for Mars Wrigley Confectionery US, LLC*

## CERTIFICATE OF SERVICE

I, John Turquet Bravard, hereby certify that a true and correct copy of this document was served via email to Counsel on the service list below on October 20, 2020.

/s/ *John Turquet Bravard*
John Turquet Bravard

**Service List:**

Michael Robert Reese
Reese Richman, LLP
875 Avenue of the Americas
18th Floor
New York, NY 10001
(212) 579-4625
Fax: (212) 253-4272
Email: mreese@reesellp.com

Christopher Patalano
Sheehan & Associates, PC
60 Cuttermill Rd
Ste 409
Great Neck, NY 11021
516-303-0552
Fax: 516-234-7800
Email: cpatalano@spencersheehan.com

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Boulevard
Suite 311
Great Neck, NY 11021
516-303-0552
Fax: 516-234-7800
Email: spencer@spencersheehan.com