United States District Court
Southern District of New York

7:19-cv-10860-PMH

---

Sherise Richardson, Dorianne Gatto, individually and on behalf of all others similarly situated,

                      Plaintiffs,

          - against -

Mars Wrigley Confectionery US, LLC,

                    Defendant

Notice of Voluntary Dismissal

---

       Plaintiffs give notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 27, 2021

                                  Respectfully submitted,

                                  Sheehan & Associates, P.C.

                                /s/Spencer Sheehan

                                Spencer Sheehan
                                60 Cutter Mill Rd Ste 409
                                Great Neck NY 11021-3104
                                Tel: (516) 268-7080
                                Fax: (516) 234-7800
                                spencer@spencersheehan.com
                                E.D.N.Y. # SS-8533
                                S.D.N.Y. # SS-2056

7:19-cv-10860-PMH
United States District Court
Southern District of New York

Sherise Richardson, Dorianne Gatto, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

Mars Wrigley Confectionery US, LLC,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  January 27, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on January 27, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan